IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

HELENA CHEMICAL COMPANY                                PLAINTIFF

v.                    No. 2:17-cv-102-DPM

TRIPLE K FARM PARTNERSHIP;
ROBERT BRIAN KARNES;
and JENNIFER KARNES                                    DEFENDANTS

## ORDER

Suggestion of bankruptcy, № 2, noted. Case stayed and administratively terminated. Joint status report due by 7 September 2018. If neither a report nor a motion to reinstate the case is filed by that date, the Court will lift the stay and dismiss the complaint without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 September 2017