IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**HELENA AGRI-ENTERPRISES LLC**                               PLAINTIFF

v.                          No. 2:17-cv-102-DPM

**TRIPLE K FARM PARTNERSHIP;**
**ROBERT BRIAN KARNES;**
**and JENNIFER KARNES**                                        DEFENDANTS

## ORDER

Motion to reopen, № 4, noted. The Court looks forward to the Defendants' response to the motion. Helena's embedded request to substitute, № 4 at 2, is granted: Helena Agri-Enterprises LLC is now the Plaintiff. The Clerk should update the docket. Helena must serve this Order on the Defendants.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

18 June 2018