IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

HELENA AGRI-ENTERPRISES LLC                              PLAINTIFF

v.                       No. 2:17-cv-102-DPM

TRIPLE K FARM PARTNERSHIP;
ROBERT BRIAN KARNES;
and JENNIFER KARNES                                      DEFENDANTS

## ORDER

The Defendants haven't responded to Helena's motion to reopen, № 4. Helena was Ordered to serve the Court's previous Order on the Defendants. № 5. Out of an abundance of caution, the Court directs the Clerk to send this Order to Joel Hargis at the Hargis Law Firm in Jonesboro. If no response is filed by 20 July 2018, then the Court will decide the motion based on the existing record and filings.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 July 2018