IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**HELENA AGRI-ENTERPRISES LLC**                                **PLAINTIFF**

v.                            No. 2:17-cv-102-DPM

**TRIPLE K FARM PARTNERSHIP;
ROBERT BRIAN KARNES;
and JENNIFER KARNES**                                          **DEFENDANTS**

## ORDER

Status report, № 7, noted and appreciated. Notwithstanding Helena's diligent efforts, the Defendants haven't appeared or responded. № 5 & № 6. The record shows that the bankruptcy proceeding was dismissed in May 2018. № 4-1. Helena's motion, № 4, is therefore granted. The Court lifts the stay and reopens the case. There's no record evidence that the complaint and summons were properly served, though. All things considered, the Court finds good cause to reopen and extend time for service until 31 August 2018.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 July 2018