# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

HELENA AGRI-ENTERPRISES, LLC,
f/k/a HELENA CHEMICAL COMPANY                                      PLAINTIFF

v.                          No. 2:17-cv-102-DPM

TRIPLE K FARM PARTNERSHIP;
ROBERT BRIAN KARNES; and
JENNIFER KARNES                                                    DEFENDANTS

## JUDGMENT

The Court enters judgment for Helena Agri-Enterprises, LLC, and against Triple K Farm Partnership, Robert Brian Karnes, and Jennifer Karnes, jointly and severally, for $379,034.44. This total includes the debt of $367,043.44, attorney's fees of $11,591.00, and costs of $400.00. Post-judgment interest will accrue at 2.58% from today until this Judgment is paid in full. 28 U.S.C. § 1961(a)-(b).

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 September 2018